## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 18-10112 |
| Street Breads of Southwest Louisiana, L.L.C., | Chapter 11 |
| *Debtor*. | |

### NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN

TO:   ALL PARTIES-IN-INTEREST, THE OFFICE OF THE UNITED STATES TRUSTEE, AND THOSE PARTIES REQUESTING NOTICE IN ACCORDANCE WITH BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that on June 19, 2018, the United States Bankruptcy Court for the Middle District of Louisiana (the "Bankruptcy Court") entered an order (the "Confirmation Order") [P-103] confirming the *Street Breads of Southwest Louisiana, L.L.C.'s Immaterially Modified Amended Plan of Reorganization, Dated May 8, 2018* (the "Plan")[1] [P-93] filed by Street Breads of Southwest Louisiana, L.L.C. (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1141(a), the provisions of the Plan and the Confirmation Order shall bind (i) the Debtor and its estate, (ii) the Debtor on and after the effective date of the Plan (the "Reorganized Debtor"), (iii) all holders of claims against and equity interests in the Debtor that arose before or were filed as of the Effective Date (defined below), whether or not impaired under the Plan and whether or not, if impaired, such holders accepted the Plan or received or retained any property under the Plan, and (iv) each person acquiring property under the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **Thursday, July 5, 2018**.

**PLEASE TAKE FURTHER NOTICE** that any party-in-interest wishing to obtain a copy of the Plan or Confirmation Order may obtain such copy by contacting Kim Heard, paralegal, Stewart Robbins & Brown, LLC, One American Place, 301 Main Street, Suite 1640, Baton Rouge, LA, (225) 231-9998, kheard@stewartrobbins.com.  Copies of the Plan and Confirmation Order may also be obtained during regular business hours at the Bankruptcy Court, 707 Florida Street, Baton Rouge, LA 70801, or may be obtained at the Bankruptcy Court's website, www.lawb.uscourts.gov, by following the directions for accessing the ECF system on such site.

---

[1] A capitalized term used herein, but not specifically defined, shall have the meaning ascribed to such term in the Plan.

Submitted by:

**STEWART ROBBINS & BROWN, LLC**

**/s/ P. Douglas Stewart, Jr.**
P. Douglas Stewart, Jr. (La. Bar No. 24661)
Ryan J. Richmond (La. Bar No. 30688)
One American Place
301 Main Street, Suite 1640
Baton Rouge, LA 70801
Tel.: (225) 231-9998
Fax: (225) 709-9467
dstewart@stewartrobbins.com
rrichmond@stewartrobbins.com

*Attorneys for the Street Breads of Southwest Louisiana,*
*L.L.C.*