IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 18-10112 |
| Street Breads of Southwest Louisiana, L.L.C., | Chapter 11 |
| *Debtor*. | |

### *EX PARTE* MOTION TO WITHDRAW
### MOTION FOR ENTRY OF FINAL DECREE AND ORDER CLOSING CASE

**NOW INTO COURT**, through undersigned counsel comes Street Breads of Southwest Louisiana, LLC (the "Reorganized Debtor"), who moves to withdraw the *Motion for the Entry of Final Decree and Order Closing Case* (the "Motion") [P-119] filed by the Reorganized Debtor. In support, the Reorganized Debtor represents:

1. On June 19, 2018, the Court confirmed the Reorganized Debtor's plan of reorganization (the "Confirmed Plan").[1]

2. On December 3, 2018, the Reorganized Debtor filed a Motion for Final Decree and Order Closing Case [P-119].

3. A hearing is set on the Motion before this Court on January 16, 2019.

4. The Reorganized Debtor seeks to withdraw the Motion and cancel the hearing presently set due to changed circumstances that are being evaluated by Counsel.

**WHEREFORE**, the Debtor requests the entry of an order (i) withdrawing the Motion; (ii) canceling the hearing set for January 16, 2019; and (iii) granting such further and additional relief as the facts may warrant and justice so requires.

Date: January 9, 2019

---

[1] P-103.

Submitted by:

**STEWART ROBBINS & BROWN, LLC**

**/s/ P. Douglas Stewart, Jr.**
P. Douglas Stewart, Jr. (La. Bar No. 24661)
One American Place
301 Main Street, Suite 1640
Baton Rouge, LA 70801
Tel.: (225) 231-9998
Fax: (225) 709-9467
dstewart@stewartrobbins.com

*Attorneys for the Street Breads of Southwest Louisiana, L.L.C.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 18-10112 |
| Street Breads of Southwest Louisiana, L.L.C., | Chapter 11 |
| *Debtor*. | |

[PROPOSED] ORDER

CONSIDERING the Ex Parte Motion to Withdraw Motion for Entry of Final Decree and Order Closing Case [P-_]; and for good cause shown

IT IS ORDERED that the Ex Parte Motion to Withdraw Motion for Order of Entry of Final Decree and Order Closing Case is withdrawn and that the associated January 16, 2019 hearing is cancelled.