UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

STREET BREADS OF SOUTHWEST
LOUISIANA, L.L.C.

    DEBTOR

CASE NO. 18-10112

CHAPTER 11

## ORDER

CONSIDERING the debtor's Ex Parte Motion to Withdraw Motion for Entry of Final Decree and Order Closing Case [P-122];

IT IS ORDERED that the debtor's Motion for Entry of Final Decree and Order Closing Case [P-119] is withdrawn and that the associated January 16, 2019 hearing is cancelled.

Baton Rouge, Louisiana, January 9, 2019.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE